**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1854**

DWIGHT BISHOP, JR.,

             Plaintiff - Appellant,

    v.

BOARD OF EDUCATION FOR CALVERT COUNTY PUBLIC SCHOOLS,

             Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Chief District Judge. (8:11-cv-01100-DKC)

Submitted: February 2, 2012      Decided: February 16, 2012

Before NIEMEYER, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joyce E. Smithey, RIFKIN, LIVINGSTON, LEVITAN & SILVER, LLC, Annapolis, Maryland, for Appellant. Edmund J. O'Meally, Andrew G. Scott, Lisa Y. Settles, HODES, PESSIN, & KATZ, PA, Towson, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwight Bishop, Jr., appeals the district court's dismissal of his complaint under Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bishop v. Bd. of Educ. for Calvert Cnty. Pub. Schs., No. 8:11-cv-01100-DKC (D. Md. July 5, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED